JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORRANCE UNIFIED SCHOOL DISTRICT,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTHEW WARDOUR, et al.,<br>　　　　Defendants. | CASE NO. CV 07-07183 MMM (RCx)<br><br>JUDGMENT FOR DEFENDANTS |

In these consolidated appeals from the decision of an Office of Administrative Hearings hearing officer following a due process hearing on Matthew Wardour's claims under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400 *et seq.*, the court granted Wardour's motion to dismiss Torrance's claims as moot on June 30, 2008. On July 21, 2008, the court entered a stipulated order dismissing Wardour's first claim for relief. On December 23, 2008, Wardour moved for attorneys' fees and costs as sought in his second claim for relief. Having considered the evidence presented by the parties and reviewed their briefs, the court granted the motion on July 24, 2009. Accordingly,

　　　　IT IS ORDERED AND ADJUDGED that

　　　　1.　　Wardour shall recover fees and costs of $101,511.41 from Torrance Unified School District, which shall bear post-judgment interest at a rate of 0.48%,

　　　　2.　　Wardour's first claim for relief is dismissed, and

3. Torrance Unified School District shall take nothing by way of its complaint against Wardour.

DATED: July 24, 2009

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE